MATTHEW GAUNT HEPWORTH, Respondent, *v.* THE UNION FERRY COMPANY of Brooklyn, Appellant.

(Argued February 29, 1892; decided March 15, 1892.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made the second Monday of September, 1891, which affirmed an order of Special Term reviving and continuing an action of assault and battery against the trustees of the defendant, which had become extinct by reason of the expiration of the time fixed for its corporate existence.

*Frederic A. Ward* for appellant.

*Orrin Gambell* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.